1  C. Genevieve Jenkins (SBN 271128)
   cgjenkins@excelsislaw.com
2  Zainah Alfi (SBN 304164)
   zalfi@excelsislaw.com
3  **EXCELSIS LAW, P.C.**
   2801 Hyperion Ave., Studio 104
4  Los Angeles, CA 90027
   Telephone: (213) 340-0300
5  Facsimile:  (213) 340-0200

6  Attorneys for Plaintiff
   ROCHELLE BOSTON
7
   Adam Y. Siegel Name (SBN 238568)
8  Adam.Siegel@jacksonlewis.com
   Zoe Yuzna (SBN 268496)
9  Zoe.Yuzna@jacksonlewis.com
   **JACKSON LEWIS P.C.**
10 725 South Figueroa Street, Suite 2500
   Los Angeles, California  90017-5408
11 Telephone:  (213) 689-0404
   Facsimile:  (213) 689-0430
12
   Attorneys for Defendants
13 AECOM and AMENTUM SERVICES, INC.

14
                    UNITED STATES DISTRICT COURT
15
             CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
16

17 ROCHELLE BOSTON,                    Case No. 2:20-cv-02077-AB-PJW

18      Plaintiff,
                                       **JOINT STIPULATION FOR**
19      vs.                            **DISMISSAL OF ENTIRE ACTION**
                                       **WITH PREJUDICE**
20 AECOM; and AMENTUM
   SERVICES, INC.,                     FAC: September 11, 2020
21
        Defendants.
22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff ROCHELLE BOSTON and defendants AECOM and AECOM MANAGEMENT SERVICES, INC., by and through their counsel of record, submit this Joint Stipulation for Dismissal of Entire Action with Prejudice and hereby stipulate and agree to the following:

1. Plaintiff filed her Complaint in this action on March 3, 2020;
2. Plaintiff filed her First Amended Complaint in this action on September 11, 2020; and
3. Plaintiff now agrees to dismiss the entire action, including all causes of action, against all Defendants with prejudice.

Dated: May 5, 2021

Respectfully Submitted,

EXCELSIS LAW, P.C.

By: /s/ C. Genevieve Jenkins
C. GENEVIEVE JENKINS, ESQ.

Attorneys for Plaintiff

Dated: May 5, 2021

Respectfully Submitted,

JACKSON LEWIS P.C.

By: /s/ Zoe Yuzna
ADAM Y. SIEGEL, ESQ.
ZOE YUZNA, ESQ.

Attorneys for Defendants

4818-7325-0280, v. 1